UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-24390-RBR |
| | Chapter 7 |
| ALI REZA ZARGARAN, | |
| Debtor. _____/ | |
| KENNETH A. WELT, as chapter 7 trustee for Ali Reza Zargaran, | Adv. Pro. No. 15-01346-RBR |
| Plaintiff, | |
| v. | |
| MARYAM BAKER | |
| Defendants. _____/ | |

**MOTION FOR SERVICE BY
PUBLICATION PURSUANT TO RULE 7004(C)**

Kenneth A. Welt, the Chapter 7 Trustee (the *"Trustee"*) for the bankruptcy estate (the *"Estate"*) of Ali Reza Zargaran (the *"Debtor"*), requests an order permitting service upon Maryam Baker (*"Debtor's Wife"*) by publication, and states as follows:

1. The Trustee is the duly authorized and acting Chapter 7 Trustee of the Debtor's estate (the *"Estate"*) created pursuant to Section 541 of the Bankruptcy Code.

2. On June 24, 2014 (the *"Petition Date"*), the Debtor filed a voluntary petition (the *"Petition"*) for relief under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*).

3. On October 27, 2014, the case was converted to chapter 7 and the Trustee was appointed as chapter 7 trustee.

4. As this Court is aware, since the conversion of the case, the Debtor has made great efforts to avoid service by the Trustee, in order to avoid complying with his duties as a debtor under title 11.

5. After the conversion, the Debtor moved (without notice to the Trustee) to Helotes, Texas with his wife. The Debtor and the Debtor's Wife lived in Helotes, TX until they were served with and adversary complaint in case number 14-01894-RBR, *Welt v. Zargaran et al.*

6. After being served with that complaint, and after the Court entered a writ of bodily attachment against the Debtor, the Debtor and the Debtor's Wife have evaded the Trustee, and the Trustee currently does not know their whereabouts.

7. Thus, the defendant's (the Debtor's Wife) last known address was 10431 Springcroft Road, Helotes, TX—where she was living through at least January 2015.

8. In this action, the Trustee has sued the Debtor's Wife to quiet title in order to determine that the Trustee's interest in the Real Property located at 4321 Northeast 21st Avenue, Ft Lauderdale, FL, 33308 is superior to the interest of the Debtor's Wife.

9. In such an action, state law permits service by publication. *See* § 49.011(2), Fla. Stat.

10. Additionally, service by publication is permissible under the Federal Rules of Bankruptcy Procedure in "an adversary proceeding to determine or protect rights in property in the custody of the court [for a defendant who] cannot be served." Fed. R. Bankr. P. 7004(c).

11. Accordingly the Trustee requests this Court enter an Order permitting service by publication upon the Debtor's Wife as follows:

    a) By publishing notice in the Broward Daily Business Review one day per week for four weeks, which shall set forth:

        i) the Debtor's Wife's name;

      ii)      the nature of the action or proceeding in short and simple terms;

      iii)     the name of the court in which the action or proceeding was instituted and an abbreviated title of the case;

      iv)     the description of Real Property proceeded against;

      v)      a deadline to answer the complaint of 45 days after the entry of an order granting this motion.

(the *"Notice"*)

b) By mailing the Notice, the Summons, the Complaint, and the Order Setting Filing and Disclosure Requirements for Pretrial and Trial to the Debtor's Wife at her last known address in Florida at 1749 SE 10 St, Ft Lauderdale, FL 33316;

c) By mailing the Notice, the Summons, the Complaint, and the Order Setting Filing and Disclosure Requirements for Pretrial and Trial to the Debtor's Wife at her last known address in Texas at 10431 Springcroft Ct, Helotes, TX 78023;

d) By mailing the Notice, the Summons, the Complaint, and the Order Setting Filing and Disclosure Requirements for Pretrial and Trial to the Debtor's Wife's attention at the Real Property at 4321 Northeast 21st Avenue, Unit 8, Ft Lauderdale, FL, 33308; and

e) By posting the Notice at 4321 Northeast 21st Avenue, Unit 8, Ft Lauderdale, FL, 33308.

12. Such service by publication, which is contemplated by state law and by Fed.R.Bankr.P. 7004(c) for *in rem* actions such as this, complies with Fed.R.Bankr.P. 7004(c) and 7012(a).

WHEREFORE, the Trustee requests this Court enter an order permitting service by publication, as set forth herein, and grant such other and further relief as is just and appropriate.

Dated: May 15, 2015.

> s/ Lawrence E. Pecan
> Lawrence E. Pecan, Esquire
> Florida Bar No. 990866
> lpecan@melandrussin.com
> MELAND RUSSIN & BUDWICK, P.A.
> 3200 Southeast Financial Center
> 200 South Biscayne Boulevard
> Miami, Florida  33131
> Telephone: (305) 358-6363
> Telecopy: (305) 358-1221
> *Attorneys for Trustee*